1  **VICTOR N. PIPPINS**
   California State Bar No. 251953
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone No. (619) 234-8467
4  Email: Victor_Pippins@fd.org

5  Attorneys for Ms. Aguilar-Buruel

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA, ) CASE NO. 08MJ8029
11 |         Plaintiff,         )
12 | v.                         ) **NOTICE OF APPEARANCE**
13 | ELOSIA LIZETH AGUILAR-BURUEL, )
14 |         Defendant.         )

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of
18 California, Victor Pippins, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19 attorney in the above-captioned case.

20                                    Respectfully submitted,

22 Dated: January 23, 2008         */s/ Victor N. Pippins*
                                    Federal Defenders of San Diego, Inc.
23                                  Attorneys for Defendant
                                    Victor_Pippins@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

    Courtesy Copy to Chambers

    Copy to Assistant U.S. Attorney via ECF NEF

    Copy to Defendant

Dated: January 23, 2008       /s/ *Victor N. Pippins*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
Victor_Pippins@fd.org email